IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH STAR INNOVATIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> SOCIONEXT AMERICA INC., <br><br> Defendant. | C.A. No. 16-1017-LPS-CJB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff North Star Innovations Inc. ("North Star") and Defendant Socionext America Inc. ("Socionext"), through their undersigned counsel and subject to the approval of the Court, that North Star's claims against Socionext are dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Michael J. Farnan* | /s/ *Samantha G. Wilson* |
| Brian E. Farnan (No. 4089) | Elena C. Norman (No. 4780) |
| Michael J. Farnan (No. 5165) | Anne Shea Gaza (No. 4093) |
| 919 N. Market St., 12trh Floor | Samantha G. Wilson (No. 5816) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 777-0300 | 1000 North King Street |
| *bfarnan@farnanlaw.com* | Wilmington, DE 19801 |
| *mfarnan@farnanlaw.com* | (302) 571-6600 |
| | *enorman@ycst.com* |
| *Attorneys for Plaintiff* | *agaza@ycst.com* |
| *North Star Innovations Inc.* | *swilson@ycst.com* |
| | *Attorneys for Defendant* |
| | *Socionext America Inc.* |
| Dated: April 27, 2017 | |

**SO ORDERED, this \_\_\_ day of April, 2017.**

> _____
> **HONORABLE LEONARD P. STARK**
> **CHIEF, UNITED STATES DISTRICT JUDGE**